# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Guy A. Leonard, pro se | ) CASE No. |
| (Plaintiff) | ) 2:20-CV-1395-GMB |
| v. | ) COMPLAINT |
| Wells Fargo Bank, d/b/a, | ) 15 U.S.C. § 1681 (n) |
| GM Financial Leasing | ) 15 U.S.C. § 1681 (o) |
| (Defendant) | ) 15 U.S.C. § 1692 |

1.

## INTRODUCTION

Prior to filing this lawsuit, Plaintiff repeatedly gave notice to Defendant of numerous credit reporting inaccuracies being reported to the three Credit Reporting Agencies, (CRA's), namely, TransUnion, Equifax, and Experian, causing irreparable harm, and adverse effects upon the Plaintiff, his good name and reputation, his creditworthiness, and overall good health. These violations continued even unto this day.

2.

Plaintiff has a right to be free from unwanted, false, deceptive, or misleading representation or means in connection with the collection of any debt.

3.

Defendant's willful violation of the Fair Credit Reporting Act, and Fair Debt Collections Protection Act has caused Plaintiff sleepless nights, continuous upset

stomach, depression and anxiety, weight loss, and other significant emotional harm, for over 4 years.

4.

## JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 81, because it arises under Title 15.

5.

Plaintiff is Guy Arnold Leonard of 402 Roslyn Glen Way, Dothan, Alabama, 35305.

6.

Defendant is Wells Fargo Bank, d/b/a/ GM Financial Leasing, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102: PO BOX 99605, Arlington, TX 76096.

7.

Venue is proper because Defendant committed such consumer act violations against the Plaintiff. These blatant violations are more of the same violations that have been ongoing with the Defendant for over four years now, prior to any filing of this Complaint.

8.

## NATURE OF CLAIM

Plaintiff's complaint/lawsuit is a core proceeding under 28 U.S.C. § 81; and Plaintiff concedes to entry of final orders and judgments by the appropriate Court in this proceeding.

9.

## FACTUAL ALLEGATIONS

This complaint's allegations are based on personal knowledge of the Plaintiff as to Defendant's conduct and made on factual information and belief as to the acts of others.

**10.**

Prior to the filing of this lawsuit, between February 1, 2016 and August 15, 2020 the Defendant did in fact violate 15 U.S.C. § 1681(n), by willfully, repeatedly, reporting false, inaccurate, misleading information to the credit reporting agencies, (CRA's), namely TransUnion, Equifax, Experian, to the detriment of Plaintiff's good name and reputation, and credit worthiness.

**11.**

Prior to the filing of this lawsuit, between June 1, 2020 and August 15, 2020, the Defendant did in fact violate 15 U.S.C. § 1681(o), and 15 U.S.C § 1692 by reporting false, inaccurate, misleading information to the credit reporting agencies, (CRA's), namely TransUnion, Equifax, Experian, again to the detriment of Plaintiff's good name and reputation, and credit worthiness.

**12.**

Prior to the filing of this lawsuit, between January 1, 2016 and June 1, 2020, the Defendant did in fact violate 15 U.S.C. § 1681(n), ***no less than one hundred (100) times***, by reporting false, inaccurate, misleading information to the credit reporting agencies, (CRA's), namely TransUnion, Equifax, and Experian.

**13.**

Prior to the filing of this lawsuit, between January 1, 2016 and June 1, 2020, the Defendant did in fact violate 15 U.S.C. § 1681(o), The Fair Credit Reporting Act, ***no less than one hundred (100) times***, by reporting false, inaccurate, misleading information to the credit reporting agencies, (CRA's), namely TransUnion, Equifax, and Experian.

**14.**

Prior to the filing of this lawsuit, between January 1, 2016 and June 1, 2020, the

Defendant did in fact violate 15 U.S.C. § 1692, Fair Debt Collections Protection Act, ***no less than one hundred (100) times***, by reporting false, inaccurate, misleading information to the credit reporting agencies, (CRA's), namely TransUnion, Equifax, and Experian.

**15.**

From December 2015, to June 1, 2020, Plaintiff did in fact contact Defendant numerous times and disputed the Defendant's record of reporting credit payment history to the CRA's; furthermore, Plaintiff disputed Defendant's record with the CRA's countless times to correct, to no avail whatsoever, for Defendant defended their inaccurate, false reporting time and again.

**16.**

Defendant's conduct as alleged above has caused Plaintiff sleepless nights, weight loss/gains because of the stress and has suffered significant emotion harm, from being turned down for a home mortgage due to Defendant's willful actions, and is causing further harm by inaccurate reporting whereby lenders will not give me a mortgage, due to Defendant's actions. Defendant's actions also further delay the account/debt from ever coming off the Plaintiff's record for years to come.

**17.**

Defendant's conduct as alleged above was/is a never-ending pursuit of harming Plaintiff's good name and reputation, and constitutes a wanton, outrageous and oppressive violation of Plaintiff's right to be free from further collection activities/practices and ongoing violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681(n)(o), and the Fair Debt Collections Protection Act, 15 U.S.C. § 1692.

### 18.

### CAUSE OF ACTION

### 15 U.S.C. § 1681(n);

### 15 U.S.C. § 1681 (o);

### 15 U.S.C. § 1692.

Plaintiff incorporates the allegations above by reference.

### 19.

Defendant's violation of 15 U.S.C. § 1681(n) as alleged above was "willful" as that term is defined in the statute/law, because its conduct was intentional, it had prior actual knowledge of its conduct, its conduct was unreasonable, and any alleged mistake of law is/was not a defense. Defendant willfully made false, misleading reports to the CRA's.

### 20.

Defendant's violation of 15 U.S.C. § 1681(o) as alleged above was "negligent" as the term is defined in the statute/law, because its good conduct is essential in their accurate reporting of credit payments in determining the credit worthiness of its customers/consumers. Defendant's reporting accurate information to the CRA's is a daily task by Defendant which they have been doing for decades. Defendant had prior actual knowledge of its negligence, its negligence was unreasonable, and any alleged mistake of law is/was not a defense. Defendant willfully made negligent, false, misleading reports to the CRA's.

### 21.

Defendant's violation of 15 U.S.C. § 1692(e) as alleged above was "willful" as that term is defined in the statute/law, because its conduct was intentional, it had prior

actual knowledge of its conduct, its conduct was unreasonable, and any alleged mistake of law is/was not a defense. Defendant willfully made false, misleading reports to the CRA's.

**22.**

Under 15 U.S.C. § 1681(n)(o), and 15 U.S.C. § 1692, Plaintiff is entitled to compensation for actual damages, proportional punitive damages, and reasonable fees and costs from Defendant in amounts to be decided by the Court.

**23.**

**PRAYER FOR RELIEF**

After a stipulation or determination that Defendant willfully violated the Fair Credit Reporting Act(s), and the Fair Debt Collections Protection Act, Plaintiff seeks relief as follows:

A. Money Judgment in favor of Plaintiff against Defendant for actual damages; and definitive punitive damages, and,

B. Money Judgment in favor of the law firm of Plaintiff's choosing, PC, against defendant for reasonable fees and costs incurred prosecuting this complaint. Plaintiff also seeks any equitable relief this Court may determine is fair. Plaintiff may intend to amend this complaint to include additional claims as new information about defendant's credit reporting practices learned through discovery.

August 28, 2020                                RESPECTFULLY FILED,

*[signature]*

Rev. Guy A. Leonard, II
402 Roslyn Glen Way
Dothan, AL 36305
(850) 676-1503
guytheprophet@gmail.com

## CERTIFICATE OF SERVICE

I, Guy A. Leonard, Plaintiff, do hereby certify that a copy of this COMPLAINT, has been sent to the Court and Defendant at the addresses below by First Class United States Mail, postage paid to:

GM Financial                                   The Sundmaker Firm
PO BOX 99605                                   1027 Ninth Street
Arlington, TX  76096-99605                     New Orleans, LA  70115

Dated: September 20, 2020                      *[signature]*

                                               Guy A. Leonard, *pro se,* Debtor